UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Case No. 01-57090

CONNOLLY NORTH AMERICA, LLC,                            Chapter 7

        Debtor(s).                                   Judge Thomas J. Tucker
_____/

## ORDER GRANTING MOTION FOR REMOVAL OF
## BANKRUPTCY TRUSTEE (DOCKET # 798)

This case came before the Court on a motion entitled "Motion for Removal of Bankruptcy Trustee, [etc.]" (Docket # 798, the "Motion"). The Court held a hearing on the Motion on September 9, 2009, and then gave a bench opinion on the Motion at a hearing held on October 15, 2009. For the reasons stated by the Court in its October 15, 2009 bench opinion,

    IT IS ORDERED that:

1. The Motion (Docket # 798) is granted.

2. Mark H. Shapiro is removed as the trustee in this case, under 11 U.S.C. § 324(a), effective immediately.

3. Mark H. Shapiro is *not* removed as the trustee, under 11 U.S.C. § 324(b), in any case other than this one.

**Signed on October 15, 2009**

                                          **/s/ Thomas J. Tucker**
                                          **Thomas J. Tucker**
                                          **United States Bankruptcy Judge**