UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
TOLEDO DIVISION

In the matter of:  Case No. 01-57090-TJT
Connolly North America,

Chapter 7

Judge Thomas J. Tucker

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in amount of $23,766.13 represents the total sum of unclaimed and small dividends in the estate and is paid to the court pursuant to 11 U.S.C Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| ITW Bansburg<br>320 Phillips Ave.<br>Toledo, OH 43612 | 9 | $4.80 |
| CDW Computer Centers, Inc.<br>c/o D&B/RMS Bankruptcy Svcs.<br>PO Box 5126<br>Timonium, MD 21094 | 16 | $3.96 |
| Parker Motor Freight<br>1025 Ken-O-Sha SE<br>Grand Rapids, MI 49505 | 19 | $27.05 |
| Express Personnel Services, Inc.<br>c/o Leo Carr<br>12350 Woodward Ave<br>Highland Park, MI 48203 | 20 | $6, 269.08 |
| Packline Company<br>1675 Fritz Drive<br>Trenton, MI 48183 | 23 | $1.83 |
| Du-All Drafting & Art, Inc.<br>31431 John R<br>Madison Heights, MI 48071 | 24 | $3.78 |
| Blackhawk<br>P.O. Box 7025<br>St. Paul, MN 55107 | 28 | $184.62 |

| Name / Address | # | Amount |
|---|---|---|
| AV Detroit<br>41144 Vincenti Court<br>Novi, MI 48375 | 29 | $1.32 |
| Leneta Company<br>15 Whittney Road<br>Mahwah, NJ 07430 | 31 | $2.82 |
| Kenny Riordan & Associates, P.C.<br>12763 Stark Road<br>Suite 3201<br>Livonia, MI 48150 | 36 | $101.04 |
| US Net<br>100 E. Business Way<br>Cincinnati, OH 45241-2372 | 37 | $286.47 |
| Power Cleaning System<br>46085 Grand River<br>Novi, MI 48374 | 38 | $129.77 |
| Clayton Group Services, Inc.<br>Attn: Rita Repko<br>41650 Gardenbrook Rd.,Suite #155<br>Novi, MI 48375 | 45 | $89.31 |
| Wesco Dist.<br>21610 Meyers road<br>Oak Park, MI 48237 | 48 | $22.15 |
| Snelling Personnel<br>c/o Cherie D. Zuccarini<br>261 E. Maple<br>Birmingham, MI 48009 | 49 | $638.21 |
| Turbo Express<br>POB #871573<br>Canton, MI 48187 | 52 | $3.36 |
| Action Industrial Supply<br>1840 Sixth Street<br>Muskegon, MI 49441 | 55 | $1.00 |
| Acumen Capital Associates, Inc.<br>600 River Place Drive Suite #66<br>Attn: Alma Thorne<br>Detroit, MI 48207 | 56 | $162.54 |
| Chem Line<br>1171 Centre Road<br>Auburn Hills, MI 48326 | 58 | $2.23 |
| Millipore Corp.<br>290 Concord Road<br>Bedford, MA 01821 | 59 | $3.63 |

| Name/Address | | |
|---|---|---|
| J. Stephen Robes, Esquire<br>c/o Robes & Kobliska, P.C.<br>34405 W. Twelve Mile Road, Suite #236<br>Farmington Hills, MI 48331-5614 | 60 | $5,611.50 |
| Fisher Scientific<br>Mr. Gary Barnes<br>Regional Credit Manager, 2000 Park Lane<br>Pittsburgh, PA 15275 | 63 | $1.84 |
| Jevic Transportation<br>P.O. Box 5157<br>600 Creek Road<br>Delanco, NJ 08075 | 70 | $809.42 |
| Roadway Express, Inc.<br>POB #3552<br>1077 Gorge Blvd.<br>Akron, OH 44309-3552 | 71 | $4.67 |
| Fox Creations<br>23030 Mooney<br>Farmington Hills, MI 48336 | 78 | $308.85 |
| Christy Communications<br>1260 Rankin #1<br>Troy, MI 48083 | 79 | $158.76 |
| Fastenal<br>P.O. Box 978<br>Winona, MN 55987 | 82 | $1.19 |
| El Paso Electric Company<br>123 W. Mills Ave.<br>Attn: Rhonda Pyle<br>El Paso, TX 79901 | 84 | $54.04 |
| El De Lage Landen Fin.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | 88 | $2,481.85 |
| Carson Fischer P.L.C.<br>c/o Robert A. Weisberg, Esquire<br>300 E. Maple Road, 3rd Floor<br>Birmingham, MI 48009-6317 | 92 | $370.92 |
| Kamali Leather<br>c/o Douglas J. Pick, Esquire<br>350 Fifth Avenue, Suite 3000<br>New York, NY 10018 | 106 | $6,024.12 |

Date: April 7, 2016      /s/ Bruce Comly French_____

Bruce Comly French, Trustee  
Bar Registration Nos.:  
OH 0005298; DC 231423; PA 22177  
PO Box 839  
Lima, OH 45802-0839  
(419) 222-9134  
(419) 222-9437 (facsimile)  
[brucecfrench@earthlink.net](mailto:brucecfrench@earthlink.net) (email)