2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 01-57090-tjt
Chapter 7

In re: Debtor(s) (including Name and Address)

Connolly North America LLC
12225 Oakland Park Blvd.
Highland Park MI 48203

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/25/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 20: Express Personnel Services, Inc., c/o Leo Carr, 12350 Woodward Ave., Highland Park, MI 48203 | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/28/16

Katherine B. Gullo
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Michigan

In re:  
Connolly North America LLC  
    Debtor

Case No. 01-57090-tjt  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: kmcgr     Page 1 of 2     Date Rcvd: May 26, 2016  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2016.
```
4406362        +Express Personnel Services, Inc.,   c/o Leo Carr,   12350 Woodward Ave.,
                 Highland Park, MI 48203-3322
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2016                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2016 at the address(es) listed below:
```
              Andy  Vara    on behalf of U.S. Trustee    U.S. Trustee Andy.Vara@usdoj.gov
              Bruce C. French    brucecfrench@earthlink.net,   bcfrench@woh.rr.com;bcf@trustesolutions.net
              Charles L. McKelvie    on behalf of Creditor    Ford Motor Credit Co. bkattys@mckelviedeluca.com
              Claretta  Evans (UST)    on behalf of U.S. Trustee Claretta  Evans Claretta.Evans@usdoj.gov
              Claretta  Evans (UST)    on behalf of U.S. Trustee    U.S. Trustee Claretta.Evans@usdoj.gov
              Claretta  Evans (UST)    on behalf of U.S. Trustee Daniel M. McDermott Claretta.Evans@usdoj.gov
              Daniel J. Weiner    on behalf of Creditor    Pearl Leather Finishers, Inc.
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Defendant    Pearl Leather Finishers, Inc.
               dweiner@schaferandweiner.com
              Daniel M. Morley    on behalf of Counter-Claimant    ProAssurance Casualty Company dmorley@shrr.com
              Daniel M. Morley    on behalf of Defendant    ProAssurance Casualty Company dmorley@shrr.com
              David Christopher Anderson    on behalf of Defendant    North American Specialty Insurance Co.
               david.anderson@ceflawyers.com,   Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
              David Christopher Anderson    on behalf of Defendant    Steinberg Shapiro & Clark
               david.anderson@ceflawyers.com,   Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
              David Christopher Anderson    on behalf of Defendant Mark H. Shapiro david.anderson@ceflawyers.com,
               Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
              David Christopher Anderson    on behalf of Debtor    Connolly North America LLC
               david.anderson@ceflawyers.com,   Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
              Dean  Wyman    on behalf of U.S. Trustee    U.S. Trustee Dean.P.Wyman@usdoj.gov
              Geoffrey T. Pavlic    on behalf of Interested Party    Steinberg Shapiro & Clark
               pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Plaintiff Mark H. Shapiro pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Attorney    Steinberg Shapiro & Clark
               pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Gregory D. Hanley    on behalf of Plaintiff Mark H. Shapiro ghanley@kickhamhanley.com,
               kplets@kickhamhanley.com
              Gregory D. Hanley    on behalf of Attorney    Wasinger Kickham and Hanley ghanley@kickhamhanley.com,
               kplets@kickhamhanley.com
              Jacquelyn  Stanyer    on behalf of Defendant    American Casualty Company of Reading PA
               jas@krwlaw.com
              Jeffrey T. Stewart    on behalf of Counter-Defendant Mark H. Shapiro jts@seikalystewart.com,
               stewartlgl@aol.com
              Jeffrey T. Stewart    on behalf of Trustee Mark H. Shapiro jts@seikalystewart.com,
               stewartlgl@aol.com
              Jeffrey T. Stewart    on behalf of Plaintiff Mark H. Shapiro jts@seikalystewart.com,
               stewartlgl@aol.com
              Jeffrey T. Stewart    on behalf of Defendant Mark H. Shapiro jts@seikalystewart.com,
               stewartlgl@aol.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jerome D. Frank    on behalf of Defendant Stephen M. Landau FrankandFrank@comcast.net,
           jfrank@frankfirm.com;admin@frankfirm.com;Gl8224@notify.cincompass.com
          Judy B. Calton    on behalf of Defendant    Art Leather, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Art Leather, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Julie Beth Teicher    on behalf of Creditor    Dearborn Steel Carriers jteicher@ermanteicher.com
          Kathleen H. Klaus    on behalf of 3rd Party Plaintiff Stephen M. Landau kklaus@maddinhauser.com,
           JHolland@maddinhauser.com
          Kathleen H. Klaus    on behalf of Attorney Stephen M. Landau kklaus@maddinhauser.com,
           JHolland@maddinhauser.com
          Kathleen H. Klaus    on behalf of Counter-Claimant Stephen M. Landau kklaus@maddinhauser.com,
           JHolland@maddinhauser.com
          Kathleen H. Klaus    on behalf of Defendant Stephen M. Landau kklaus@maddinhauser.com,
           JHolland@maddinhauser.com
          Lisa Sommers Gretchko    on behalf of Special Counsel    Howard & Howard Attorneys PLLC
           lgretchko@howardandhoward.com,   ebarrett@howardandhoward.com
          Marc N. Swanson    on behalf of Creditor    Coface Argentina swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Creditor    Mediofactoring swansonm@millercanfield.com
          Mark  Cunningham    on behalf of Defendant    American Casualty Company of Reading PA
           mmc@krwlaw.com,   pal@krwlaw.com
          Mark H. Shapiro    on behalf of Attorney    Steinberg Shapiro & Clark shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Plaintiff Mark H. Shapiro shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Attorney    Steinberg & Shapiro shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Max J. Newman    on behalf of Creditor    Quaker Color newman@butzel.com
          Patrick F. Geary    on behalf of Counter-Claimant    ProAssurance Casualty Company pgeary@shrr.com,
           rbrown@shrr.com
          Patrick F. Geary    on behalf of Defendant    ProAssurance Casualty Company pgeary@shrr.com,
           rbrown@shrr.com
          Patrick Warren Hunt    on behalf of Defendant    American Casualty Company of Reading PA
           pwhunt@kerr-russell.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Robert A. Weisberg    on behalf of Debtor    Connolly North America LLC BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Ronald A. Spinner    on behalf of Creditor    Mediofactoring spinner@millercanfield.com
          Ronald A. Spinner    on behalf of Creditor    Coface RBI spinner@millercanfield.com
          Stephen M. Landau    on behalf of Attorney Stephen M. Landau sml@slandau.com
          Stephen M. Landau    on behalf of Plaintiff Mark H. Shapiro sml@slandau.com
          T. Scott Leo    on behalf of Defendant    North American Specialty Insurance Company
           sleo@leoweber.com
          T. Scott Leo    on behalf of Defendant    North American Specialty Insurance Co. sleo@leoweber.com
          Thomas Scott Leo    on behalf of Defendant    Federal Insurance Company sleo@leoweber.com
          Thomas Scott Leo    on behalf of Defendant    North American Specialty Insurance Co.
           sleo@leoweber.com
          Thomas Scott Leo    on behalf of Defendant    North American Specialty Insurance Company
           sleo@leoweber.com
          Timothy  McMahon    on behalf of Attorney    Kickman Hanley,P.C. tmcmahon@kickhamhanley.com,
           ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com
          Timothy  McMahon    on behalf of Plaintiff Mark H. Shapiro tmcmahon@kickhamhanley.com,
           ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com
          Timothy  McMahon    on behalf of Trustee Mark H. Shapiro tmcmahon@kickhamhanley.com,
           ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com
          Timothy  McMahon    on behalf of 3rd Pty Defendant Mark H. Shapiro tmcmahon@kickhamhanley.com,
           ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com
          Tracy M. Clark    on behalf of Interested Party    Steinberg Shapiro & Clark
           clark@steinbergshapiro.com
          Tracy M. Clark    on behalf of Attorney    Steinberg Shapiro & Clark clark@steinbergshapiro.com
          William M. Hannay    on behalf of Trustee Bruce C. French whannay@schiffhardin.com
          William M. Hannay    on behalf of Plaintiff Bruce Comly  French whannay@schiffhardin.com
          William M. Hannay    on behalf of Other Professional William H Hannay whannay@schiffhardin.com
          William M. Hannay    on behalf of Special Counsel    Schiff Hardin LLP whannay@schiffhardin.com
          William M. Hannay    on behalf of Debtor    Connolly North America LLC whannay@schiffhardin.com
                                                                                             TOTAL: 66
```