UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Connolly North America LLC

Case No. 01-57090-TJT

Chapter 7

**APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

The undersigned, Dilks & Knopik, LLC, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $6,269.08, which is the sum of all said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Express Personnel Services, Inc. and Claim Number 20 and Transferred to Dilks & Knopik, LLC on May 28, 2016. The applicant further states that:

1. (Indicate one of the following)

    X     Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    ___     Applicant is the duly authorized representative for the business or Corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor, to the best of Applicants knowledge and belief. An Affidavit of Creditor is attached and made part of this application.

    ___     Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, which indicated the applicants' Entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the claimant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

3. The creditor's current mailing address and phone number are:

>Dilks & Knopik, LLC
>35308 SE Center Street
>Snoqualmie, WA 98065
>(425) 836-5728
>
>TIN: 74-3049851

Respectfully submitted this June 17, 2016.

>Brian J. Dilks, Managing Member
>Dilks & Knopik, LLC
>35308 SE Center Street
>Snoqualmie, WA 98065-9216
>(425) 836-5728
>Tax ID #: 74-3049851

Sworn and subscribed to, before me this 17th day of June, 2016

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: September 9, 2019



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Connolly North America LLC

Case No. 01-57090-TJT

Chapter 7

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on June 17, 2016, a copy of the Application for Payment From Unclaimed Funds by Dilks & Knopik, LLC, Claimant and Creditor in the above captioned case, was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn: Michael Wicks, Civil Division
> Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: June 17, 2016        By: _____
                                Brian J. Dilks, Managing Member
                                Dilks & Knopik, LLC
                                35308 SE Center Street
                                Snoqualmie, WA 98065-9216
                                (425) 836-5728
                                Tax ID #: 74-3049851







# Statement of Authority

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of Dilks & Knopik, LLC, and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

**Brian J Dilks – President – Managing Member**

**Jeff Hudspeth – Vice President – Sales**

**Andrew Drake – Vice President – Operations**

Dilks & Knopik, LLC

*Caryn M Dilks* (signature)

Caryn M Dilks
Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728 x101

Subscribed and sworn to me this Wednesday, May 11, 2016

Notary Signature: _____

Printed Name: Andrew T. Drake

My Commission Expires: 9/9/19





35308 SE Center Street
Snoqualmie, WA 98065

Phone 877-836-5728
Fax 8_____
Email admin@dilksknopik.com

www.dilksknopik.com

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 01-57090-tjt
Chapter 7

In re: Debtor(s) (including Name and Address)

Connolly North America LLC
12225 Oakland Park Blvd.
Highland Park MI 48203

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/25/2016.

**Name and Address of Alleged Transferor(s):**

Claim No. 20: Express Personnel Services, Inc., c/o Leo Carr, 12350 Woodward Ave., Highland Park, MI 48203

**Name and Address of Transferee:**

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/28/16

Katherine B. Gullo
**CLERK OF THE COURT**

In re:
Connolly North America LLC
    Debtor

Case No. 01-57090-tjt
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: kmcgr    Form ID: trc    Page 1 of 2    Total Noticed: 1    Date Rcvd: May 26, 2016

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2016.
4406362    +Express Personnel Services, Inc.,    c/o Leo Carr,    12350 Woodward Ave., Highland Park, MI 48203-3322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2016                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2016 at the address(es) listed below:
       Andy Vara    on behalf of U.S. Trustee    U.S. Trustee Andy.Vara@usdoj.gov
       Bruce C. French    brucecfrench@earthlink.net, bcfrench@woh.rr.com;bcf@trustesolutions.net
       Charles L. McKelvie    on behalf of Creditor    Ford Motor Credit Co. bkattys@mckelviedeluca.com
       Claretta Evans (UST)    on behalf of U.S. Trustee Claretta Evans Claretta.Evans@usdoj.gov
       Claretta Evans (UST)    on behalf of U.S. Trustee    U.S. Trustee Claretta.Evans@usdoj.gov
       Claretta Evans (UST)    on behalf of U.S. Trustee Daniel M. McDermott Claretta.Evans@usdoj.gov
       Daniel J. Weiner    on behalf of Creditor    Pearl Leather Finishers, Inc. dweiner@schaferandweiner.com
       Daniel J. Weiner    on behalf of Defendant    Pearl Leather Finishers, Inc. dweiner@schaferandweiner.com
       Daniel M. Morley    on behalf of Counter-Claimant    ProAssurance Casualty Company dmorley@shrr.com
       Daniel M. Morley    on behalf of Defendant    ProAssurance Casualty Company dmorley@shrr.com
       David Christopher Anderson    on behalf of Defendant    North American Specialty Insurance Co. david.anderson@ceflawyers.com, Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
       David Christopher Anderson    on behalf of Defendant    Steinberg Shapiro & Clark david.anderson@ceflawyers.com, Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
       David Christopher Anderson    on behalf of Defendant Mark H. Shapiro david.anderson@ceflawyers.com, Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
       David Christopher Anderson    on behalf of Debtor, Connolly North America LLC david.anderson@ceflawyers.com, Myra.Walton-Myers@Ceflawyers.com;Tina.McDermott@Ceflawyers.com
       Dean Wyman    on behalf of U.S. Trustee    U.S. Trustee Dean.P.Wyman@usdoj.gov
       Geoffrey T. Pavlic    on behalf of Interested Party    Steinberg Shapiro & Clark pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
       Geoffrey T. Pavlic    on behalf of Plaintiff Mark H. Shapiro pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
       Geoffrey T. Pavlic    on behalf of Attorney    Steinberg Shapiro & Clark pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
       Gregory D. Hanley    on behalf of Plaintiff Mark H. Shapiro ghanley@kickhamhanley.com, kplets@kickhamhanley.com
       Gregory D. Hanley    on behalf of Attorney    Wasinger Kickham and Hanley ghanley@kickhamhanley.com, kplets@kickhamhanley.com
       Jacquelyn Stanyer    on behalf of Defendant    American Casualty Company of Reading PA jas@krwlaw.com
       Jeffrey T. Stewart    on behalf of Counter-Defendant Mark H. Shapiro jts@seikalystewart.com, stewartlgl@aol.com
       Jeffrey T. Stewart    on behalf of Trustee Mark H. Shapiro jts@seikalystewart.com, stewartlgl@aol.com
       Jeffrey T. Stewart    on behalf of Plaintiff Mark H. Shapiro jts@seikalystewart.com, stewartlgl@aol.com
       Jeffrey T. Stewart    on behalf of Defendant Mark H. Shapiro jts@seikalystewart.com, stewartlgl@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Jerome D. Frank   on behalf of Defendant Stephen M. Landau FrankandFrank@comcast.net, jfrank@frankfirm.com;admin@frankfirm.com;G18224@notify.cincompass.com

    Judy B. Calton   on behalf of Defendant   Art Leather, Inc. jcalton@honigman.com, litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   Art Leather, Inc. jcalton@honigman.com, litdocket@honigman.com

    Julie Beth Teicher   on behalf of Creditor   Dearborn Steel Carriers jteicher@ermanteicher.com

    Kathleen H. Klaus   on behalf of 3rd Party Plaintiff Stephen M. Landau kklaus@maddinhauser.com, JHolland@maddinhauser.com

    Kathleen H. Klaus   on behalf of Attorney Stephen M. Landau kklaus@maddinhauser.com, JHolland@maddinhauser.com

    Kathleen H. Klaus   on behalf of Counter-Claimant Stephen M. Landau kklaus@maddinhauser.com, JHolland@maddinhauser.com

    Kathleen H. Klaus   on behalf of Defendant Stephen M. Landau kklaus@maddinhauser.com, JHolland@maddinhauser.com

    Lisa Sommers Gretchko   on behalf of Special Counsel   Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com

    Marc N. Swanson   on behalf of Creditor   Coface Argentina swansonm@millercanfield.com

    Marc N. Swanson   on behalf of Creditor   Mediofactoring swansonm@millercanfield.com

    Mark Cunningham   on behalf of Defendant   American Casualty Company of Reading PA mmc@krwlaw.com, pal@krwlaw.com

    Mark H. Shapiro   on behalf of Attorney   Steinberg Shapiro & Clark shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

    Mark H. Shapiro   on behalf of Plaintiff Mark H. Shapiro shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

    Mark H. Shapiro   on behalf of Attorney   Steinberg & Shapiro shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

    Max J. Newman   on behalf of Creditor   Quaker Color newman@butzel.com

    Patrick F. Geary   on behalf of Counter-Claimant   ProAssurance Casualty Company pgeary@shrr.com, rbrown@shrr.com

    Patrick F. Geary   on behalf of Defendant   ProAssurance Casualty Company pgeary@shrr.com, rbrown@shrr.com

    Patrick Warren Hunt   on behalf of Defendant   American Casualty Company of Reading PA pwhunt@kerr-russell.com

    Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

    Robert A. Weisberg   on behalf of Debtor   Connolly North America LLC BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

    Ronald A. Spinner   on behalf of Creditor   Mediofactoring spinner@millercanfield.com

    Ronald A. Spinner   on behalf of Creditor   Coface RBI spinner@millercanfield.com

    Stephen M. Landau   on behalf of Attorney Stephen M. Landau sml@slandau.com

    Stephen M. Landau   on behalf of Plaintiff Mark H. Shapiro sml@slandau.com

    T. Scott Leo   on behalf of Defendant   North American Specialty Insurance Company sleo@leoweber.com

    T. Scott Leo   on behalf of Defendant   North American Specialty Insurance Co. sleo@leoweber.com

    Thomas Scott Leo   on behalf of Defendant   Federal Insurance Company sleo@leoweber.com

    Thomas Scott Leo   on behalf of Defendant   North American Specialty Insurance Co. sleo@leoweber.com

    Thomas Scott Leo   on behalf of Defendant   North American Specialty Insurance Company sleo@leoweber.com

    Timothy McMahon   on behalf of Attorney   Kickman Hanley,P.C. tmcmahon@kickhamhanley.com, ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com

    Timothy McMahon   on behalf of Plaintiff Mark H. Shapiro tmcmahon@kickhamhanley.com, ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com

    Timothy McMahon   on behalf of Trustee Mark H. Shapiro tmcmahon@kickhamhanley.com, ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com

    Timothy McMahon   on behalf of 3rd Pty Defendant Mark H. Shapiro tmcmahon@kickhamhanley.com, ghanley@kickhamhanley.com;kdoherty@kickhamhanley.com

    Tracy M. Clark   on behalf of Interested Party   Steinberg Shapiro & Clark clark@steinbergshapiro.com

    Tracy M. Clark   on behalf of Attorney   Steinberg Shapiro & Clark clark@steinbergshapiro.com

    William M. Hannay   on behalf of Trustee Bruce C. French whannay@schiffhardin.com

    William M. Hannay   on behalf of Plaintiff Bruce Comly French whannay@schiffhardin.com

    William M. Hannay   on behalf of Other Professional William H Hannay whannay@schiffhardin.com

    William M. Hannay   on behalf of Special Counsel   Schiff Hardin LLP whannay@schiffhardin.com

    William M. Hannay   on behalf of Debtor   Connolly North America LLC whannay@schiffhardin.com

    TOTAL: 66