In re:
Connolly North America LLC　　　　　　　　Case No.　01-57090-TJT
　　　　　　　　　　　　　　　　　　　　　　Chapter　7

# ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Six Thousand Two Hundred Sixty-nine and 08/100</u> dollars ($6,269.08) of unclaimed funds held in the U.S. Treasury to:

>　Dilks & Knopik, Inc.
>　c/o Dilks & Knopik, Inc.
>　35308 SE Center Street
>　Snoqualmie, WA  98065

.

**Signed on July 07, 2016**

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge