UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Connolly North America, LLC          Case No.   01-57090-TJT
                                                   Chapter    7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

      Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

      **IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Eight Hundred Nine and 42/100</u> dollars ($809.42) of unclaimed funds held in the U.S. Treasury to:

                       Oak Point Partners, LLC
                       P.O. Box 1033
                       Northbrook, IL  60065

**Signed on August 08, 2019**            /s/ Thomas J. Tucker
                                                                         **Thomas J. Tucker**
                                                                         **United States Bankruptcy Judge**